**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6494
_____

LARRY LYLE LASKO,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA; MR. J. CARAWAY, Warden, is sued in
his Individual and Official Capacities; MR. D. CARPENDER,
Captain, is sued in his Individual and Official Capacities;
MR. BRIGHT, Special Investigative Agent, (SIA) is sued in
his Individual and Official Capacities; MR. K. LILLER,
Senior Officer, is sued in his Individual and Official
Capacities; WITH OTHER MR. AND MS. JANE AND JOHN  DOES, as
named in the Previously filed TORT Action Exhibited. Is sued
in Their Individual and Official Capacities for Unveiling
Professional Norms,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander  Williams,  Jr.,  District
Judge.  (8:13-cv-00597-AW)

_____

Submitted:  June 6, 2013            Decided:  June 18, 2013

_____

Before MOTZ, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Lyle Lasko, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Lyle Lasko appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lasko v. United States, No. 8:13-cv-00597-AW (D. Md. Mar. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3